**Nancy J. MITCHELL, Appellant,**

v.

**Charles M. MITCHELL, Respondent.**

No. 69608.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 6, 1996.

---

1. All statutory references are to RSMo 1994.

Sandford J. Miller, Miller & Steeno, Clayton, for appellant.

Charles M. Mitchell, acting pro se.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Appellant, Nancy J. Mitchell, appeals from the judgment of the Circuit Court of the County of St. Louis quashing her garnishment instituted against respondent, Charles M. Mitchell, for an alleged failure to fulfill child support obligations. We affirm.

We have reviewed the briefs of the parties and the legal file and find no error. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment of the circuit court pursuant to Rule 84.16(b).